CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Guillermo Carrillo**<br>DOB: 2004; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>24-04556MJ |

| Complaint for violation of Title 18, United States Code, § 554(a) |
|---|

On or about May 15, 2024, in the District of Arizona, **Guillermo Carrillo** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) 9mm Tarus pistol, 300 rounds of .50 caliber ammunition, one (1) 9mm Sig Sauer magazine, and one (1) 9mm Promag extended magazine, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On May 15, 2024, **Guillermo Carrillo** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Guillermo Carrillo**, who was the driver, sole occupant, and registered owner of a 2011 Mazda 3 vehicle. When CBPOs asked **Carrillo** if he had any weapons, ammunition, or currency more than $10,000 dollars to declare, **Carrillo** gave a negative declaration. **Carrillo** stated he was going to Nogales, Mexico. While conducting a vehicle inspection, CBPO's noticed a wooden box on the rear floorboard area, with a floormat on top of it. When asked what was in the box, **Carrillo** stated that it was ammunition. CBPO's removed **Carrillo** from his vehicle and while being escorted to a secure location, **Carrillo** stated that there was also a firearm in the center console. After conducting a vehicle inspection on **Carrillo's** car, CBPO's discovered a 9mm Tarus pistol, 300 rounds of .50 caliber ammunition, one (1) 9mm Sig Sauer magazine, and one (1) 9mm Promag extended magazine.

In a post-*Miranda* interview, **Carrillo** admitted that he does not have an export license, that he saw the signs in the United States stating that weapons and ammunition are prohibited from going into Mexico, and that he knew it was illegal to take weapons and ammunition into Mexico. **Carrillo** stated that he met three unidentified individuals at the Food City in Nogales, Arizona. These unidentified individuals put the firearm and ammunition inside **Carrillo's** vehicle and instructed **Carrillo** to drive back to Mexico to deliver the firearm and ammunition. **Carrillo** stated he wasn't sure if he was going to get paid. **Carrillo** stated the only reason he attempted to smuggle the firearm and ammunition into Mexico was because on May 13, 2024, the three unidentified individuals approached **Carrillo** in Mexico. One of the individuals had a firearm and stated, "we know where your grandmother and brothers live" and then told **Carrillo** he had to smuggle firearms from the United States into Mexico. **Carrillo** stated no other threats were made.
**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>    RAQUEL  <small>Digitally signed by RAQUEL ARELLANO Date: 2024.05.16 09:26:07 -07'00'</small><br>AUTHORIZED BY AUSA *R. Arellano* ARELLANO | SIGNATURE OF COMPLAINANT<br><br>SKYLER F FOX  <small>Digitally signed by SKYLER F FOX Date: 2024.05.16 09:31:10 -07'00'</small> |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Skyler Fox |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>May 16, 2024 |
|---|---|

[1)]    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

24-04556MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The firearm, ammunition, and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **Carrillo** did not possess or present an import/export license to the CBPOs.

