GARY M. RESTAINO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-24-03563-TUC-SHR-BGM |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |
| v. | |
| Guillermo Sebastian Carrillo, | |
| Defendant. | |

The United States of America hereby gives notice that on June 28, 2024, the U.S. Department of Homeland Security, U.S. Customs and Border Protection, completed their administrative forfeiture proceedings for one 9mm Taurus pistol, SN: 1C093981; one 9mm Sig Sauer magazine; one 9mm ProMag extended magazine; and 300 rounds .50 caliber ammunition, which was included in the forfeiture allegation of the Indictment.

Therefore, the government will not pursue criminal forfeiture against these assets.

DATED this 1st day of July, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Serra M. Tsethlikai*

SERRA M. TSETHLIKAI
Assistant United States Attorney

Copy of the foregoing served electronically or by
other means this 1st day of July, 2024, to:

All ECF Participants